# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| KONSTANTIN GOUDKOV </br> 382 NE 191st Street #74906 </br> Miami, FL 33179-3899 </br> </br> Plaintiff, </br> </br> v. </br> </br> U.S. CUSTOMS AND BORDER PROTECTION </br> 1300 Pennsylvania Ave., N.W. </br> Washington, DC 20229 </br> </br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## COMPLAINT

1.   This action is brought under the Freedom of Information Act, 5 U.S.C § 552.

## JURISDICTION AND VENUE

2.   This Court has jurisdiction pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

3.   Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

## FACTS

4.   Plaintiff Konstantin Goudkov is an American citizen who currently resides overseas, but maintains the following business mailing address in the states: 382 NE 191st Street #74906, Miami, FL 33179-3899.

5.   Defendant U.S. Customs and Border Protection, ("CBP"), is an agency of the United States Government and is headquartered at 1300 Pennsylvania Ave. N.W., 20229. Defendant is a component entity under the United State Department of Homeland Security. Defendant has possession, custody, and control of the records to which plaintiff seeks access.

6. On July 10, 2014, Plaintiff submitted a Freedom of Information Act ("FOIA") request to Defendant through foiaonline.regulations.gov seeking his complete travel history, including entries and exits from the mid 1990s through the present. Plaintiff's request included extensive identifying information such as birthdate and passport numbers.

7. CBP assigned the FOIA request tracking number CBP-2014-036243.

8. Pursuant to 5 U.S.C. § 552(a)(6)(A), Defendant was required to respond to Plaintiff's FOIA request within twenty (20) working days, or by August 7, 2014.

9. To date, Defendant CBP has failed to produce any records responsive to Plaintiff's FOIA request, demonstrate that responsive records are exempt from production or indicate whether or when any responsive records will be produced.

10. Pursuant to 5 U.S.C. § 552(a)(6)(C), Plaintiff has exhausted the applicable administrative remedies with respect to its FOIA request because Defendant failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A).

11. Defendant has unlawfully withheld the requested records from Plaintiff.

12. Plaintiff has been and continues to be harmed by defendant's unlawful withholding of requested records.

WHEREFORE, Plaintiff prays that this Court:

i. Take jurisdiction of this case;

ii. Declare that defendant's withholding of the requested records is unlawful;

iii. Order defendant to conduct a search for any and all responsive records to plaintiff's FOIA request and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to plaintiff's FOIA request;

iv. Order defendant to produce, by a date certain, any and all non-exempt records responsive to plaintiff's FOIA request and a *Vaughn* index of any responsive records withheld under claim of exemption;

v. Award plaintiff its costs and reasonable attorney's fees pursuant to 5 U.S.C. § 552(a)(4)(E); and

vi. Grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

SEIDMAN & ASSOCIATES, P.C.

Dated January 26, 2015        By: _____
David J. Seidman Bar # 991369

Seidman & Associates, P.C.
923 15th Street NW
Washington, DC 20005

Counsel for Konstantin Goudkov