UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KONSTANTIN GOUDKOV, )<br>  )<br>    Plaintiff, )<br>  )<br>v.   )<br>  )<br>UNITED STATES CUSTOMS )<br>AND BORDER PROTECTION, )<br>  )<br>    Defendant. )<br>_____ ) | Civil Action No. 15-00125 CRC |

ANSWER

Defendant, United States Customs and Border Protection, answers the complaint as follows:

FIRST DEFENSE

By a letter dated February 5, 2015, defendant responded to plaintiff's Freedom of Information Act ("FOIA") request and released to him the 23 pages of responsive material.  Redactions to these documents were properly made under exemptions provided in the Freedom of Information of Act.  Specifically, defendant redacted material under Exemptions (b)(6), (b)(7)(C), and (b)(7)(F).  U.S.C. § 552(b)(6), (b)(7)(C), and (b)(7)(F).

SECOND DEFENSE

Defendant answers the individually-numbered paragraphs of the Complaint

as follows:

Paragraph (¶ )1 through 3.  Admitted.

¶ 4.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

¶ 5.  Admitted.

¶ 6.  This paragraph is plaintiff's characterization of his FOIA request, and the Court is respectfully referred to that request, which is the best evidence of its contents.

¶ 7.  Admitted.

¶ 8.  This paragraph is plaintiff's characterization of a statutory provision, and the Court is respectfully referred to the statute, which is the best evidence of its contents.

¶ 9.  Denied; since the filing of the complaint, defendant has responded to plaintiff's FOIA request, as explained in the first defense set forth above.

¶ 10.  It is admitted that plaintiff exhausted his administrative remedies prior to filing this lawsuit.

¶¶ 11 and 12.  Denied.

The remainder of the complaint is plaintiff's request for relief as to which no response is required.

All allegations not expressly admitted or denied are denied.

    Respectfully submitted,

    RONALD C. MACHEN JR., D.C. Bar #447889
    United States Attorney for
    the District of Columbia

    DANIEL F. VAN HORN, D.C. Bar #924092
    Chief, Civil Division

    BY:  /s/ *Fred E. Haynes*
    FRED E. HAYNES, D.C. Bar #165654
    Assistant United States Attorney
    555 Fourth Street, N.W., Room E-4110
    Washington, D.C.  20530
    202.252.2550
    fred.haynes@usdoj.gov